IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRANDIS BANKS**                                                                                                                                 **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 3:13-cv-674-CWR-FKB**

**SHERIFF TYRONE LEWIS, ET AL.**                                                                      **DEFENDANTS**

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on May 30, 2014 [Docket No. 25], which clearly notified the parties that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636.  This Court, finding that there has been no submission of written objections by any party, adopts the Report and Recommendation as the order of this Court.  Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff's claims are hereby dismissed without prejudice for failure to prosecute.

**SO ORDERED**, this the 17th day of June, 2014.

                                                                                  s/ Carlton W. Reeves
                                                          UNITED STATES DISTRICT JUDGE